

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

5:21-CR-00051-JWH

UNITED STATES OF AMERICA,

          Plaintiff,

          v.

ESMERALDA   CASTRO

          Defendant.

)
)
)
)
)
)
)
)
)
)
)

ORDER OF DETENTION AFTER
HEARING ( Fed.R.Crim.P. 32.1(a)(6)
Allegations of Violations of Probation
Supervised Release)
Conditions of Release)

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A)  ( ✓ )  the appearance of defendant as required; and/or

(B)  ( )  the safety of any person or the community.

//

//

The court concludes:

A.   ( )   Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_____

_____

_____

_____

(B)   (✓)   Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

• SUBMISSION TO DETENTION

• UNDERLYING ALLEGATIONS OF ABSCONDING

• LACK OF IDENTIFIED BAIL RESOURCES

_____

IT IS ORDERED that defendant be detained.

DATED: 5/28/24

DAVID T. BRISTOW
UNITED STATES MAGISTRATE JUDGE

2